NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD J. DRISCOLL,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellant*

---

2023-1775

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-01640-TMD, Judge Thompson M. Dietz.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 12, 2023
 Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 12, 2023